**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS MEAD, | No C 08-3234 VRW |
| Plaintiff, | |
| v | ORDER |
| JAKOB HYVARINEN, aka JAKOB RAU, BANK ANDREW, MAN SPORLEDER, and DOES 1-10, | |
| Defendants. | |
| _____/ | |

On July 30, 2009, the court dismissed plaintiff's complaint with leave to amend to cure certain deficiencies in his Copyright Act claim.  Doc #23.

//

//

Plaintiff's amended complaint was due on or before August 21, 2009. Id. Plaintiff has not complied with this deadline. Accordingly, this action is DISMISSED. The clerk shall close the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge