IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Chris Mead, | NO. C 08-03234 JW |
| Plaintiff, | **ORDER TO SHOW CAUSE RE. DISMISSAL** |
| v. | |
| Jakob Hyvarinen, | |
| Defendant. | |

This case has been pending since 2008 and the last activity on the docket was in 2010. It has been well over a year since Plaintiff has asked the Court to take any further action to advance the case.

Accordingly, the Court hereby orders Plaintiff to appear on **June 27, 2011 at 9:00 a.m.** to show cause, if any, by actual appearance in Court, and by certification filed with the Court at least on or before **June 17, 2011**, why this case should not be dismissed for lack of prosecution. The certificate shall set forth in factual summary the reason this case has not been advanced and what steps Plaintiff is taking to pursue the action, its present status and the expected future course of the cause. If Plaintiff fails to file the certification, the June 27 hearing will be vacated automatically and the case will be dismissed.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action for lack of prosecution pursuant to Fed. R. Civ. P. 41(b) which is a dismissal on the merits.

Dated: June 9, 2011

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Charles Carreon chas@charlescarreon.com

**Dated: June 9, 2011**               **Richard W. Wieking, Clerk**

             **By: /s/ JW Chambers**
               **Susan Imbriani**
               **Courtroom Deputy**