IT IS SO ORDERED
/s/ James Ware
Judge James Ware

CHARLES CARREON (127139)
Online Media Law, PLLC
2165 S. Avenida Planeta
Tucson, Arizona 85710
Tel: 520-841-0835
Attorney for Plaintiff Chris Mead

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS MEAD, | Case No.: CV 08-03234 JAW |
| Plaintiff, | NOTICE OF REQUEST FOR DISMISSAL |
| vs. | |
| JAKOB HYVARINEN, aka JAKKO RAU, BANK ANDREW, MAN SPORLEDER, and Does 1 - 10 | |
| Defendants. | |

TO THIS HONORABLE COURT, PLEASE TAKE NOTICE THAT pursuant to F.R.Civ.P. 41(a)(1)(A)(i), plaintiff Chris Mead dismisses this action.

Dated: June 15, 2011                    CHARLES CARREON, ESQ.

                                        s/Charles Carreon/s
                                        CHARLES CARREON (127139)
                                        Attorney for plaintiff Chris Mead

PAGE 1 OF PLAINTIFFS' FIRST AMENDED COMPLAINT